**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6222**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

IDA MAE JOHNSON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Dennis W. Shedd, District Judge. (CR-98-360, CA-99-2162-19)

———————

Submitted:  October 5, 2000         Decided:  October 19, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ida Mae Johnson, Appellant Pro Se.  Jane Barrett Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ida Mae Johnson seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Johnson v. United States, Nos. CR-98-360; CA-99-2162-19 (D.S.C. Jan. 21, 2000).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on January 20, 2000, the district court's record shows that it was entered on the docket sheet on January 21, 2000.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, we take the date that the judgment or order was entered on the docket sheet as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2